UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

the

OCALA DIVISION

Yolanda Yvette Sanders

**Plaintiff**

Vs.  Case No. 5:23-cv-103-MMH-PRL

David Cruz, (doing business as), Liberty Title Company (name being fictitious doing business as), Ricky Cabrera (doing business as), Robert Christiano (doing business as), Heather Cumer (Notary) in her own individual Official capacity, Westcor Land Title Insurance Company, (the name being fictitious doing business as), Ranlife Inc, (the name being fictitious doing business as), ET. AL.,

**Defendant(s)**

**NOTICE CLAIM AND REQUEST FOR RELIEF**

I. **The Parties to This Claim**

A. **The Plaintiff**

**Yolanda Yvette Sanders**
**97 Northwest Third Ave**
**Florida, Sumter County**

Attachment to **NOTICE OF COMPLAINT AND REQUEST FOR RELIEF**

Webster, 33597
832-882-8056
Ysanders13@mail.com

**Defendant No. 1**

David Cruz
Restate Investor
1331 Legendary Blvd
Clermont, Lake County
FL 34711

**Defendant No. 2**

Bobby Christiano
Realtor
400 S. Park Ave #210
Winter Park Orange County
FL 32789

**Defendant No. 2**

Ricky Cabrera
Realtor
510 County Road 466 #207
Lady Lake, Lake County
FL 32159

**Defendant No. 4**

Heather Cumer
Texas Notary
20398 Tembec Drive
New Caney, Montgomery County
TX 77357

**Defendant No. 5**

Liberty Title Company
Settlement Agent
280 W. Canton
Winter Park, Orange County
FL 32789

Attachment to **NOTICE OF COMPLAINT AND REQUEST FOR RELIEF**

Defendant No. 1

    Ranlif Inc.
    Lender
    9272 South 700 East
    Sandy, Salt Lake County
    UT 84070
    801-214-3662

Defendant No. 1

    Westcor Land Title Insurance Company
    875 Concourse Pkwy South Ste. 200
    Maitland,
    FL 32751
    407-543-9256

1. The Defendant

The defendant Name: David Cruz. is a citizen of the State of Florida. Or is a citizen of UNITED STATES

2. The Defendant

The defendant Name: Bobby Christiano. is a citizen of the State of Florida. Or is a citizen of UNITED STATES

3. The Defendant

a. If the defendant is an individual

The defendant Name: Ricky Cabrera. is a citizen of the State of Florida. Or is a citizen of UNITED STATES

4. The Defendant

a. If the defendant is an individual

The defendant Name: Heather Cumer. is a citizen of the State of Texas. Or is a citizen of UNITED STATES

Attachment to **NOTICE OF COMPLAINT AND REQUEST FOR RELIEF**

b. If the defendant is a corporation

The defendant, Name: Westcor Land Title Insurance Company, is incorporated under the laws of the State of FLORIDA, and has its principal place of business in the State of FLORIDA Or is incorporated under the Laws of UNITED STATES and has its principal place of business in FLORIDA

b. If the defendant is a corporation

The defendant, Name: Liberty Title Company, is incorporated under the laws of the State of FLORIDA, and has its principal place of business in the State of FLORIDA Or is incorporated under the Laws of UNITED STATES and has its principal place of business in FLORIDA

b. If the defendant is a corporation

The defendant, Name: RanLife Inc., is incorporated under the laws of the State of UTAH, and has its principal place of business in the State of UTAH Or is incorporated under the Laws of UNITED STATES and has its principal place of business in UTAH

b. If the defendant is a corporation

The defendant, Name: HEATHER CUMER, is incorporated under the laws of the State of TEXAS, and has its principal place of business in the State of TEXAS Or is incorporated under the Laws of UNITED STATES and has its principal place of business in TEXAS

*Yolanda Yvette Sanders*

97 Northwest Third Ave
Webster Florida 33597
832-882-8056
ysanders13@mail.com
Febrary 10, 2023

Attachment to **NOTICE OF COMPLAINT AND REQUEST FOR RELIEF**

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

the

OCALA DIVISION

Yolanda Yvette Sanders

**Plaintiff**

Vs.  Case No. 5:23-cv-103-MMH-PRL

David Cruz, (doing business as), Liberty Title Company (name being fictitious doing business as), Ricky Cabrera (doing business as), Robert Christiano (doing business as), Heather Cumer (Notary) in her own individual Official capacity, Westcor Land Title Insurance Company, (the name being fictitious doing business as), Ranlife Inc, (the name being fictitious doing business as), ET. AL.,

**Defendant(s)**

## BACKGROUND OF PETITIONER

I, Yolanda Yvette Sanders (hereinafter "Plaintiff") living woman on the land 97 Northwest Third Ave, Webster, Florida 33597, and of lawful and legal age of majority and sound mind: having firsthand knowledge of the facts indisputable facts contained herein certify under penalty of perjury pursuant to the laws of the State of Florida that Plaintiff has prepared the below information and am competent to state that the facts contained therein are correct, complete, not misleading, and are the truth, the whole truth and nothing but the truth to the best of my knowledge and are presented in good faith and not intended to

mislead. This Affidavit of Truth is a lawful notification to this court. For, we have been an American/Aboriginal Indigenous/Indians, from birth regardless of the United States and its political subdivisions committing crimes of Genocide against us and our people by forcibly racially misclassifying us and "killing us on paper", gentrification, land theft, and other crime committed against our people which is treason against the United States Constitution, in violation of International Humanitarian Customary Law and in contravention of the **International Convention on the Elimination of All Forms of Racial Disc Discrimination** (1965) a treaty in which the United States is a party of. As Inherent Sovereigns, our tribal nation is in the peaceful process of decolonization (UN Resolution 1514/1654).

1.

## Background

On February 12, 2018, I, Yolanda Yvette Sanders, the buyer, am a natural living woman, Indigenous American, submitting this **NOTICE OF CLAIM AND REQUEST RELIEF,** David Cruz, as the seller, Robert Christiano, as the buyer Realtor Agent, Ricky Cabrera, as the buyer Agent, Liberty Title Company, the seller Title Agent, Ranlife Inc. as loan servicer, Westcor Land Title Company, as the Title Insurance Carrier, and Heather Cumer, as the Notary were all involved in facilitating the unjust purchase. All played a part in the unjust enrichment on Plaintiffs' behalf. Thereby the burden of proof forfeited, which the Plaintiff believes caused the following elements of (Fraud), (Breach of Contract), (Deceptive Trade Act), (Illegal Transaction), (Non-Transparency), and (Unjust Enrichment) there was a lack of full disclosure with intentional attempts to willfully mislead and misrepresent the Defendant(s) were malicious and deceitful in their dealings. Plaintiff's lack of proper Professional Representation was negligent and reckless of Plaintiff's agent, Westcor Land Title Company, and Ranlife Inc who blatantly ignored Plaintiff's request for a full and fair investigation. The defendant(s) did not adhere to any ethical business practice by any of the State of Florida laws or Federal laws. Plaintiff was new to being a buyer and was unfairly at a disadvantage, to the legal wording on the documents and or the legal words that were being spoken there was no representation, or dictionary given to have a clear inner standing of what was being done at the time of purchase. UNETHICAL business practice, no code of ethics where followed.

## NOTICE OF CLAIM AND REQUEST FOR RELIEF

1. On or around September 2017, I entered into a contract with Defendant David Cruz for the purchase of 97 Northwest Third Ave Webster Florida 33597 for approximately 2.9 acres of land along with a home and shed. On or about October 2017, we discovered that the property for some reason had two separate addresses (151 Northwest Third Ave Webster Florida

33597) and there were taxes with the County that were past due. Plaintiff reached out to Defendant Bobby Christiano, who at that time was the realtor.

2. Bobby Christiano contacted Ms. Alice Reno with Rickman Law Firm, (the Original Title Company), informing Mr. David Cruz of the issues. Mr. David Cruz had to pay the taxes that were due in order to close. Defendant David Cruz paid the taxes on or about December 4, 2017. In the amount of $1693.84. **[SEE ATTACHMENT.**
3. On October 2017, the plaintiff paid for the appraisal and inspection. The Appraisal was completed under Rickman Law Firm by SAMPSON, CURTIS WARREN on October 17, 2017, File No. 17CWS227. **[SEE ATTACHMENT.**
4. Prior to the scheduled closing, on November 8, 2017, Rickman Law Firm had issues with getting a clear title on the property.
5. Rickman Law Firm was unable to close and gave the file back, and Defendant Bobby Christiano gave the file to Defendant Liberty Title Co, who originally closed David Cruz.
6. Prior to the transfer of title companies, Plaintiff was geographically living in the State of Texas at the time of these transactions.
7. On or about January 2018, Defendant Liberty Title Company requested a survey. However, the plaintiff did not receive this survey until February 13, 2018, after the seconding closing by email and then by regular mail a few months later.
8. On February 12, 2018, Plaintiff received a phone call from a Texas Notary (Defendant HEATHER CUMER), who wanted to meet with Plaintiff and some witnesses to sign the closing documents. Plaintiff Yolanda Yvette

Sanders, met with Defendant Heather Cumer and three of the Plaintiff's witnesses (Rose Sanders, Maya Christopher, and Nichole Jones), on February 12, 2018, and at that time everything looked good. However, on February 13, 2018, outside of the closing time frame. The Defendant HEATHER CUMER (Notary), called and stated she received some additional documents that I needed to sign. Plaintiff was told there was no need for any witnesses, it would be a quick meeting.

9. Plaintiff Yolanda Yvette Sanders, meet Defendant HEATHER CUMER (Notary), at Starbucks at 18565 Kuykendahl, Spring TX 77379, the day after closing. Defendant HEATHER CUMER (Notary), told Plaintiff they had forgotten to send these documents yesterday at closing. Upon reviewing these documents, they did not read correctly. Plaintiff expressed to Defendant HEATHER CUMER (Notary), that this was not correct and was incomplete, the defendant(s) David Cruz, Liberty Title Company, and Ricky Cabrera, had removed part of the property. Defendant HEATHER CUMER (Notary), told Plaintiff that the documents that need to be signed were right. However, Plaintiff stated no one informed her of any changes to the documents after closing or prior to closing. (There was no way of having any viewing of documents to make an informed decision, because Defendant David Cruz, Ricky Cabrera, and Liberty Title Company did not operate in good faith, and willfully intended to hide facts).

10. Plaintiff contacted Defendant Bobby Christiano and expressed the new documents and changes the day after closing. Plaintiff informed the defendant Bobby Christiano that part of the property was being removed without Plaintiff's knowledge. Defendant Bobby Christiano stated, no the deal was for the entire property. The property should not have been removed from any. Defendant Bobby Christiano told Plaintiff to give him a

second to call Defendant Ricky Cabrera the seller agent. Defendant Bobby Christiano called Plaintiff back and said to go ahead and complete the signing. Defendant(s) David Cruz, Liberty Title Company, with Ricky Cabrera, speaking for David Cruz and Liberty Title Company, told Bobby Christiano that the above Defendant(s) were going to send Plaintiff a Quitclaim Deed within the week.

11. Out of duress, the plaintiff was told to sign the documents, and the defendants assured her that by the end of the week, Plaintiff would have a Quitclaim Deed.

12. After the week went by, Plaintiff contacted Bobby Christiano about where was the Quitclaim Deed, that Plaintiff was supposed to have received.

13. The defendant, Bobby Christiano stated that he was having a hard time reaching the realtor (the defendant Ricky Cabrera) over the phone. Weeks turn to, months turned to years, each time Plaintiff texted or called the defendant Bobby Christiano almost weekly about the Quitclaim deed.

14. Defendant Bobby Christiano continues to explain to Plaintiff his difficulties in reaching defendant Ricky Cabrera, the seller's agent. During this time, the defendant, Bobby Christiano, alleges that no one had returned his calls.

15. Also, upon reviewing the closing documents, which the plaintiff signed many pages on February 13, 2018, under duress by the defendant HEATHER CUMER (Notary), there are **no documents dated** in the Plaintiff's note for February 13, 2018. All documents stated the date for only February 12, 2018, and every signature of the defendant HEATHER CUMER (Notary), states February 12, 2018. Which was clearly malicious intent to conceal/ hide the date on the Defendants David Cruz, Liberty Title Company, with Ricky Cabrera, and HEATHER CUMER part. Making it seem as though these documents were all signed on the same day.

HEATHER CUMER as a Notary of the state of Texas failed to uphold her Oath of Office, the Oath of Office is for the person holding the office to ("*solemnly swear that the holder of the office would faithfully execute the duties of the office of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State*".) sure that these documents were properly dated, for the Plaintiffs and the Notary protection. However, the seller and all the seller agents, including the Notary, intentionally concealed those documents that were signed in front of the Notary on or about February 13, 2018.

16. Plaintiff on or around June 2018, after texting with the defendant, Bobby Christiano expressed to the Plaintiff that defendant worker Theresa Varela doing business as Liberty Title Company agent. "Because there was no notice given, and he was unable to have something written up prior is why they were going to do the Quitclaim deed".

17. On or about March 13, 2018, through text, the defendant Bobby Christiano's attorney in the office was going to get someone to do the Quitclaim on the property. On or about May 8, 2018, he texted and said he sent everything over to the defendant Ricky Cabrera, agent; he said he never has been overly responsive. And he will reach out to him again on the Quitclaim deed. On or about May 28, 2018, I texted Ricky Cabrera about what was going on. He stated he had contacted Ricky the seller's agent numerous times; he said he was getting it done and hadn't heard from the seller's agents recently. Bobby was going to reach out to Ricky again. Reached out again on or about June 4th, 2018, the defendant Bobby Christiano stated he left the defendant Ricky Cabrera a message and will call again. On or about June 21, 2018, Plaintiff reached out again. Why is it really taking so long? The defendant Bobby Christiano stated that the

defendant Ricky Cabrera, seller agent, hasn't responded to any of the calls and/or texts. Plaintiff asked Bobby Christiano if had he reached out to the Liberty Title. Maybe we can get his contact info and reach out to David directly? Bobby Christiano claims he will call Ricky Cabrera the seller's agent again. However, Plaintiff was told that Ricky left the Exit Reality Company.

18. Then on or about March 2019, a for sale by owner sign was put up on the property in question from David Cruz and then from Black Burns Reality sign. Bobby Christiano was unable to reach anyone, which led to the decision to contract Liberty Title Company. Plaintiff called the defendant Liberty Title Company and spoke to Theresa Varela on or about April 23, 2019. Theresa Varela was the one who closed this contract. Plaintiff told her there was a problem and Plaintiff was still waiting on her paperwork (Quitclaim Deed) to get right because my bank paid for this property already. Theresa Varela, agent of defendant Liberty Title Company, put me on hold for almost 20 + minutes until the phone hangs up. The Plaintiff called back and at that time was told that Theresa Varela, agent of the Defendant Liberty Title Company, was confiding in her manager trying to figure things out.

19. Theresa Varela asked if she could call me right back once they can figure it out. Plaintiff told Theresa Varela agent of Defendant Liberty Title Company that she has the Appraisal report and the appraisal report has all the property as one. She would send it to you. Plaintiff sent her the copy, and still to this day Theresa Varela, agent of Defendant Liberty Title Company, has not reached back out to Plaintiff. Also, the plaintiff did not receive the first copy of the survey for the property this was not until after closing.

Plaintiff received an email copy from Liberty Title Company on February 13, 2018, and weeks later the mailed copy. **[SEE ATTACHMENT]**.

### IN CONCLUSION AND REMEDY

Defendant(s) David Cruz, Ricky Cabrera, and Liberty Title Company had an intentional attempt to mislead removing the property on the day of closing without giving any advance notice. Meanwhile, the Plaintiff was relying on the expertise of the Professionals that were experienced in this profession to guide her. All to all Aforementioned Defendants et., al., lack of full disclosure to Plaintiff was negligent on Defendant's behalf. Failure to perform their duties as a Professional licensed agent through the State of Florida and Notary through the State of Texas. These Defendants all unjustly enriched themselves and benefited from the plaintiff. The plaintiff continues to endure unjust suffrage, from the fraudulent loss of land by breach of the contract. And all while the buyer's agents threatened Plaintiff and her family by calling the police as w malicious act of intimidation, as they parade around the land. **NOTICE OF CLAIM AND REQUEST FOR RELIEF** against David Cruz, (doing business as), Liberty Title Company (name being fictitious doing business as), Ricky Cabrera (doing business as), Robert Christiano (doing business as), Heather Cumer (Notary) in her own individual Official Capacity, Westcor Land Title Insurance Company (the name being fictitious doing business as), Ranlife Inc. (the name being fictitious doing business as)

The plaintiffs ask for this court to GRANT the Plaintiff's relief requested.

Affirmed by,

February 10, 2023

*Yolanda Yvette Sanders*
Yolanda Yvette Sanders

# Leanne Kirkland

**From:** FLMD_Filings@flmd.uscourts.gov
**Sent:** Monday, February 13, 2023 11:25 AM
**To:** FLMD Filings
**Subject:** Document Filing - Ocala Division - New Case
**Attachments:** ORINGAL CLAIM AND RELIEF1.pdf; Listed Parties additional pages Claim and relief.pdf; Forma Paupus.pdf

First Name: Yolanda
Middle Name: Y
Last Name: Sanders
Bar Number:
Bar State: FL

Telephone Number: 832-882-8056
Email Address: ysanders13@mail.com
Firm Name:
Street Address: 97 NW 3rd Avenue
Suite Number:
City: Webster
State: FL
Zip: 33597

Case Number: New Case
Division: Ocala

Comments: I have other documents that are too large to file and will have to mail are bring in.

Date: 02/13/23
Signature: Yolanda Yvette Sanders
Submitted: 02/13/23 11:25:07 am
IP Address: 108.188.32.145

Main Document: ORINGAL CLAIM AND RELIEF1.pdf
Exhibits or Attachments: Listed Parties additional pages Claim and relief.pdf Forma Paupus.pdf